

**Randall L. Morrison, Jr.**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7544
Fax: (212) 808-7897
rmorrison@kelleydrye.com

November 23, 2022

**By ECF**

Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Pasquale J. Guerriero v. Diocese of Brooklyn, et al.*;
                Case No. 21-cv-04923-MKB-JRC

Dear Magistrate Judge Cho:

      We represent defendant The Roman Catholic Diocese of Brooklyn, New York in the referenced matter. Pursuant to the Court's October 26, 2022 minute order, we write with the consent of counsel for all parties to provide the Court with the following status report. Defendants served their motions to dismiss on November 21, 2022. See ECF 59, 60. Pursuant to the November 7, 2022 scheduling order, plaintiff is to file his opposition on or before December 20, 2022, and Defendants shall file their replies, if any, on or before January 20, 2023.

                                              Respectfully,

                                              Randall L. Morrison, Jr.

cc: Counsel for all parties (via ECF)