**KELLEY DRYE & WARREN LLP**

NEW YORK, NY   WASHINGTON, DC   CHICAGO, IL   HOUSTON, TX
LOS ANGELES, CA   SAN DIEGO, CA   PARSIPPANY, NJ   STAMFORD, CT

Randall L. Morrison Jr.
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7544
Fax: (212) 808-7897
RMorrison@KelleyDrye.com

August 1, 2025

**By ECF**
The Honorable Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Pasquale J. Guerriero v. Roman Catholic Diocese of Brooklyn et al.*,
Civ. No. 1:21-CV-4923 (MKB)(LKE)

Dear Judge Eshkenazi:

We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese") in the above referenced action. With the consent of counsel for all parties, we write to jointly request an extension of certain deadlines in the parties' discovery plan (ECF No. 96), subsequently amended on July 7, 2025 (the "Discovery Plan").

The requested extension will, among other things, provide the parties with additional time to complete the remaining outstanding fact discovery. Importantly, the extension will not result in any delay to the overall schedule, as the deadline for the completion of expert discovery remains set for November 10, 2025.

The parties have met and conferred this week and jointly agree that good cause exists to grant the extension, as it will promote the efficient completion of discovery and help avoid unnecessary motion practice or judicial intervention. The parties have continued to cooperate in good faith and have been working diligently to resolve discovery-related issues amicably and without burdening the Court.

Should the Court require further information regarding the fact discovery issues underlying the parties' request to extend the discovery deadline, the parties are available for a conference, as they arise from a recent production of confidential documents.

Below are the parties' requested new deadlines associated with the close of fact discovery and expert discovery, including the exchange of affirmative and rebuttal expert reports. The parties respectfully request that the Court extend the deadlines set forth below. There has been one prior request for extension of the deadlines in the Discovery Plan. *See* ECF No. 100.

| Deadline Description | Prior Deadline | New Deadline |
|---|---|---|
| Disclose Affirmative Experts | July 11, 2025 | August 11, 2025 |
| Exchange Affirmative Reports | N/A | September 20, 2025 |
| Disclose Rebuttal Experts | September 10, 2025 | October 10, 2025 |
| Exchange Rebuttal Reports | N/A | November 1, 2025 |
| End of Fact Discovery | August 4, 2025 | November 10, 2025 |
| Discovery End Date | November 10, 2025 | November 10, 2025 |
| Joint Status Report | August 4, 2025 | November 17, 2025 |

The parties thank the Court for its attention to this matter.

Respectfully,

Randall L. Morrison, Jr.

cc:  All counsel of record (via ECF)