**KELLEY DRYE & WARREN LLP**

NEW YORK, NY    WASHINGTON, DC    CHICAGO, IL    HOUSTON, TX
LOS ANGELES, CA    SAN DIEGO, CA    PARSIPPANY, NJ    STAMFORD, CT

**Edwin A. Herod**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
THerod@KelleyDrye.com

February 20, 2026

**By ECF**

The Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Pasquale J. Guerriero v. Roman Catholic Diocese of Brooklyn et al.*,
Civ. No. 21-CV-4923 (MKB)(LKE)

Dear Chief Judge Brodie:

We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese").  We write in response to the Court's February 10, 2026 order directing the parties to confer and file a proposed briefing schedule for the Defendants' motions for summary judgment.

The parties have conferred and propose the following briefing schedule to the Court:

| Description | Date |
|---|---|
| Defendants' Moving Briefs | April 28, 2026 |
| Plaintiff's Opposition | May 28, 2026 |
| Defendants' Reply Briefs | June 26, 2026 |

The parties thank the Court for its attention to this matter.

Respectfully submitted,

*Edwin Adlam Herod*

Edwin Adlam Herod

cc:  All counsel of record (via ECF)