**KELLEY DRYE & WARREN LLP**

NEW YORK, NY    WASHINGTON, DC    CHICAGO, IL    HOUSTON, TX
LOS ANGELES, CA    SAN DIEGO, CA    PARSIPPANY, NJ    STAMFORD, CT

**Edwin A. Herod**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
THerod@KelleyDrye.com

April 28, 2026

**VIA EMAIL**

Darren Wolf
Ashley M. Pileika
Law Office of Darren Wolf, P.C.
1701 N. Market Street
Suite 210
Dallas, Texas 75202
darren@darrenwolf.com
ashley@darrenwolf.com

Rickner Moskovitz LLP
Rob Rickner
14 Wall Street
Suite 4C
New York, New York 10005
rob@rmcivilrights.com

Re:    *Pasquale J. Guerriero v. Roman Catholic Diocese of Brooklyn et al.*,
       Civ. No. 21-CV-4923 (MKB)(LKE)

Counsel:

    We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese") in the above referenced matter.  Pursuant to Judge Brodie's Individual Rules and the Court's February 23, 2026 Order, please find the following documents included with this correspondence:

1) The Brooklyn Diocese's Notice of Motion for Summary Judgement;

2) Memorandum of Law in Support of the Brooklyn Diocese's Motion for Summary Judgement;

3) The Brooklyn Diocese's Rule 56.1 Statement; and

4) Declaration of Randall J. Morrison, Jr. in Support of the Brooklyn Diocese's Motion for Summary Judgement and annexed exhibits.

    Respectfully submitted,

*Edwin Adlam Herod*

Edwin Adlam Herod

Enclosures.