# Rickner | Moskovitz

Rob Rickner, Principal  |  (212) 300-6506  |  rob@rmcivilrights.com

**Via ECF**

The Honorable Lara. K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Pasquale J. Guerriero v. Diocese of Brooklyn, et al.*, 21-cv-04923-MKB-LKE

Dear Judge Eshkenazi,

We, along with the Law Office of Darren Wolf, P.C., represent the Plaintiff Pasquale J. Guerriero and we submit this joint status letter pursuant to the Court's April 8, 2026 Order (the "Order") updating the Court on the parties' respective positions with respect to Plaintiff's motion to strike the Defendants' expert.

Pursuant to the Order, the parties met and conferred via video conference. Plaintiff wishes to proceed to full briefing of the motion to strike, now that we have the deposition of the Defendants' expert. While the Brooklyn Diocese maintains that Plaintiff does not have any legal or factual basis to support its motion, especially in light of the deposition of Defendants' expert, the Brooklyn Diocese has agreed to a briefing schedule with Plaintiff. As such, the parties propose June 5, 2026, for the moving brief, July 8, 2026, for the opposition, and July 23, 2026 for the reply.

We thank the Court for considering this request.

Respectfully,

/s/

Rob Rickner
*Rickner Moskovitz LLP*

/s/

Darren Wolf
Ashley Pielika
*Law Office of Darren Wolf, P.C.*