**KELLEY DRYE & WARREN LLP**

NEW YORK, NY    WASHINGTON, DC    CHICAGO, IL    HOUSTON, TX
LOS ANGELES, CA    SAN DIEGO, CA    MADISON, NJ    STAMFORD, CT

**Randall L. Morrison Jr.**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York  10007

Tel:  (212) 808-7544
RMorrison@KelleyDrye.com

July 11, 2026

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Pasquale J. Guerriero v. Roman Catholic Diocese of Brooklyn et al.*,
> Civ. No. 21-CV-4923 (MKB)(LKE)

Dear Chief Judge Brodie:

We represent defendant The Roman Catholic Diocese of Brooklyn, New York (the "Brooklyn Diocese"), and write to advise the Court of the status of the filings related to defendants' pending motions for summary judgment.  Yesterday, both defendants filed their moving and reply papers, which are docketed at ECF 124, 126 (the Brooklyn Diocese's papers) and ECF 125, 128 (defendant Shrine Church of St. Bernadette's papers).  The motion papers were filed in accordance with Rule 3.D of the Court's Individual Practices and Rules (the "Bundling Rule").

Pursuant to the Court's briefing schedule (May 28, 2026 Minute Entry), Plaintiff timely served opposition to Defendants' motions on June 11, 2026.  Defendants have not yet filed the opposition papers pursuant to the Bundling Rule because they are working through certain confidentiality issues with Plaintiff's counsel including whether several exhibits submitted by Plaintiff are required to be filed under seal.  The parties anticipate resolving those issues this week, at which point in time Plaintiff's opposition will be electronically filed.  Following this, Defendants—as the moving party—will furnish chambers with a full set of courtesy copies of the motion papers, together with a letter specifying each document in the package, in accordance with the Bundling Rule.

We thank the Court for its attention to this matter.

Respectfully,

Randall L. Morrison, Jr.

cc:  All Counsel of Record (via ECF)